IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM L. BURRELL, JR., | : |
| Plaintiff, | : |
| v. | : 3:14-CV-01891 |
| | : (JUDGE MARIANI) |
| PATRICK LOUNGO, et al., | : |
| Defendant. | : |

## ORDER

**AND NOW, THIS 31ST DAY OF DECEMBER, 2014**, upon consideration of Magistrate Judge Schwab's Report and Recommendation and Plaintiff's Objections thereto, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Objections (Doc. 15) are **OVERRULED**.

2. The Report and Recommendation (Doc. 14) is **ADOPTED**. Even had the plaintiff established the prerequisites for the issuance of injunctive relief under Federal Rule of Civil Procedure 65, this court is of the view that it is without jurisdiction to enjoin what is clearly an ongoing state court child support enforcement proceeding under *Younger v. Harris*, 401 U.S. 37, 91 S. Ct. 746, 27 L. Ed. 2d 669 (1971). Because plaintiff is a pro se litigant, the Court deems it appropriate to remind the plaintiff of his state court remedies.

3. Plaintiff's Motion for a Temporary Restraining Order (Doc. 12) is **DENIED**.

4. The case is **REMANDED** to Magistrate Judge Schwab for further proceedings consistent with this Order.

Robert D. Mariani
United States District Judge