UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Nos. 16-4405 and 17-1555
_____

WILLIAM L. BURRELL, JR.,

Appellant

v.

PATRICK LOUNGO, individually; RICHARD GLADDYS, individually;
ED ADAMS, individually; RICHARD SAXTON, individually;
TRISH CORBETT, individually; ROBERT MCMILLAN, individually;
TOM STAFF, individually; BRIAN JEFFERS, individually;
JACK MCPHILLIPS, individually; TODD FRICK, individually;
JOHN CRAIG, individually; LOUIS DENAPLES, individually;
DOMINICK DENAPLES; THOMAS CUMMINGS; APRIL PHILLIPS;
UNKNOWN AGENTS, Individually and Officially;
THOMAS A. MARINO, individually and Officially; ANDREW J. JARBOLA,
individually and as head DA & Individually as prison board member;
JOSEPH MARUT, individually; COREY O'BRIEN, individually and as a prison board
member; PATRICK O'MALLEY, individually and as a prison board member;
GARY DIBILEO; JIM WANSACZ, individually and as prison board member;
SHERIFF MARK MCANDREW;
VITO P. GEROULO, Individually and as prison board member;
LACKAWANNA RECYCLING CENTER, INC.; JOHN DOES 1 AND 2

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(M.D. Pa. No. 3-14-cv-01891)
District Judge:  Honorable Robert D. Mariani

_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
November 24, 2017

Before: GREENAWAY, JR., GREENBERG, and ROTH, Circuit Judges

———————

## JUDGMENT

———————

This cause came to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on November 24, 2017.  On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered February 23, 2017, be and the same is hereby affirmed in part and vacated in part, and the matter is remanded for further proceedings.  All of the above in accordance with the opinion of this Court.

ATTEST:

s/Patricia S. Dodszuweit
Clerk

Dated: September 12, 2018

Certified as a true copy and issued in lieu
of a formal mandate on  December 28, 2018

Teste:  _Patricia A. Dodszuweit_
**Clerk, U.S. Court of Appeals for the Third Circuit**

2