THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM L. BURRELL, JR., JOSHUA :
HUZZARD, and DAMPSEY STUCKEY, : CIVIL ACTION NO. 3:14-CV-1891
individually and as representatives of : (JUDGE MARIANI)
the classes, : (Magistrate Judge Saporito)
:
Plaintiffs, :
:
v. :
:
LACKAWANNA RECYCLING :
CENTER, INC., LACKAWANNA :
COUNTY SOLID WASTE :
MANAGEMENT AUTHORITY, :
LACKAWANNA COUNTY, LOUIS :
DENAPLES, DOMINICK DENAPLES, :
and THOMAS STAFF, :
:
Defendants. :

## ORDER

**AND NOW, THIS** \_\_\_6th\_\_\_ **DAY OF AUGUST 2021**, upon consideration of Magistrate Judge Joseph F. Saporito's Report and Recommendation ("R&R") (Doc. 120), Defendants' motions to dismiss (Docs. 99, 101, 102, 103) and all relevant documents, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 120) is **ADOPTED IN PART**;

2. The Rule 12(b)(6) Motion to Dismiss Second Amended Complaint by Defendants Lackawanna County and Thomas Staff (Doc. 99) is **GRANTED**;

3. The Motion to Dismiss by Lackawanna County Recycling Center, Inc. (Doc. 101) is **GRANTED**;

4. The Motion to Dismiss by Louis DeNaples and Dominic DeNaples (Doc. 102) is **GRANTED**;

5. The Motion to Dismiss Plaintiffs' Second Amended Complaint Pursuant to F.R.C.P. 12(b)(6) by Defendant, Lackawanna County Solid Waste Management Authority (Doc. 103) is **GRANTED**;

6. Count I (Trafficking Victims Protection Act), Count II (42 U.S.C. § 1983 Thirteenth Amendment), Count III (Fair Labor Standards Act), Count IV (Pennsylvania Minimum Wage Act), Count V (Pennsylvania Wage Payment and Collection Law), and Count VII (Unjust Enrichment) of Plaintiffs' Second Amended Complaint (Doc. 77) are **DISMISSED WITHOUT PREJUDICE**:

7. Count VI (RICO) is **DISMISSED WITH PREJUDICE** as to Defendants Lackawanna County, Lackawanna County Solid Waste Management Authority, and Thomas Staff in his official capacity and **DISMISSED WITHOUT PREJUDICE** as to Defendants Louis DeNaples, Dominick DeNaples, and the Lackawanna County Recycling Center, Inc.;

8. Plaintiffs are granted leave to file an amended complaint within twenty-one (21) days of the date of this Order.

Robert D. Mariani
United States District Judge