THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM BURRELL, JR., JOSHUA HUZZARD, and DAMPSEY STUCKEY, individually and as representatives of the classes,<br><br>    Plaintiffs,<br><br>    v.<br><br>LACKAWANNA RECYCLING CENTER, INC., LACKAWANNA COUNTY, LACKAWANNA COUNTY SOLID WASTE MANAGEMENT AUTHORITY,<br><br>    Defendants. | : CIVIL ACTION NO. 3:14-CV-1891<br>: (JUDGE MARIANI) |

## ORDER

AND NOW, THIS **6th** DAY OF MAY 2024, upon consideration of Plaintiffs' Motion for Conditional Certification of a Collective Action, Identification of Potential Collective Action Members, and Approval of Notice to Potential Collective Action Members (Doc. 159) and all relevant documents, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. Plaintiffs' Motion for Conditional Certification of a Collective Action, Identification of Potential Collective Action Members, and Approval of Notice to Potential Collective Action Members (Doc. 159) is **GRANTED as modified**.

2. The Court conditionally certifies a collective action consisting of all civilly detained child-support debtors who worked in the Recycling Center after entry of the May 3, 2006, Operating Agreement between LRCI and the Authority.

3. To the extent available, **within sixty (60) days of the date of this Order**, Defendants shall provide Plaintiffs with the full names, last known addresses, cell phone and other telephone numbers, email addresses, and dates of work of any individuals described in the collective action conditional certification identified in the previous paragraph, in a reasonably usable electronic format if it is reasonably practicable to do so.

4. Plaintiffs' proposed Notice and Consent to Participate in Collective Action Form are **APPROVED**.

5. Plaintiffs' counsel may contact persons potentially eligible to participate in this lawsuit and transmit the Notice and Consent to Participate in Collective Action Form to those persons.

6. Counsel for Plaintiffs are permitted to send a follow-up notice as set forth in the accompanying Memorandum Opinion.

7. Plaintiffs' counsel may make reasonably appropriate non-substantive changes to the Notice (such as modifying counsel's contact information to reflect any changes, modifying formatting, and correcting typographical errors) without further approval from the Court if such changes are consented to by Defendants.

Robert D. Mariani
United States District Judge