THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM BURRELL, JR., JOSHUA HUZZARD, and DAMPSEY STUCKEY, individually and as representatives of the classes, | : <br> : <br> : CIVIL ACTION NO. 3:14-CV-1891 <br> : (JUDGE MARIANI) |
| Plaintiffs, | : |
| v. | : |
| LACKAWANNA RECYCLING CENTER, INC., LACKAWANNA COUNTY, and LACKAWANNA COUNTY SOLID WASTE MANAGEMENT AUTHORITY, | : |
| Defendants. | : |

### ORDER

**AND NOW, THIS 10th DAY OF DECEMBER 2024**, upon consideration of the Motion of Defendant, Lackawanna County, for Reconsideration and/or Modification of the Court's Order of November 18, 2024, (Doc. 220) and all relevant documents, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT** Defendant's Motion (Doc. 220) is **DENIED**.

Robert D. Mariani
United States District Judge