# THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM BURRELL, JR., et al., :
:
    Plaintiffs, : CIVIL ACTION NO. 3:14-CV-1891
: (JUDGE MARIANI)
    v. :
:
LACKAWANNA RECYCLING CENTER, :
INC., et al., :
:
    Defendants. :

## ORDER

AND NOW, THIS 14th DAY OF MARCH 2025, upon consideration of the Motion for Leave to Withdraw Appearance (Doc. 173) and all relevant documents, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT** the Motion for Leave to Withdraw Appearance (Doc. 173) is **GRANTED**.

Robert D. Mariani
United States District Judge